■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ETHERIDGE, True Name JOHN ETHEREDGE, Appellant. [49 NYS3d 625]—

Order, Supreme Court, New York County (Neil E. Ross, J.), entered May 11, 2015, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). Defendant's long period of law abiding conduct after being released from custody was outweighed by the seriousness of the underlying crime, in which defendant repeatedly raped a young child over a period of months. Even if defendant's clean record for a period of years made him

significantly less likely to reoffend, the magnitude of harm that would result if he did reoffend establishes a valid reason for denial of a downward departure (*see People v Cabrera*, 91 AD3d 479 [2012], *lv denied* 19 NY3d 801 [2012]).

The remaining mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument, or were outweighed by the seriousness of the underlying sex offense. Concur—Renwick, J.P., Mazzarelli, Manzanet-Daniels, Feinman and Webber, JJ.